LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**LANCE J. HENDRON, ATTORNEY AT LAW, LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Bert Wayne Davisson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-NJK |
| Plaintiff, | |
| vs. | **DEFENDANT BERT WAYNE DAVISSON'S REQUEST TO WAIVE MR. DAVISSON'S APPEARANCE ON SEPTEMBER 20, 2019 AT 1:00 P.M.** |
| BERT WAYNE DAVISSON, | |
| Defendant. | |

Certification: This motion is timely filed.

COMES NOW Defendant, BERT WAYNE DAVISSON, by and through his counsel, LANCE J. HENDRON, ESQ., respectfully requests the Court waive his appearance at the hearing set for September 20, 2019 at 1:00 p.m.

The Order Setting Hearing was filed on September 16, 2019 at 5:43 p.m. Counsel notified Mr. Davisson of the hearing on September 18, 2019. Mr. Davisson works full-time in Reno, Nevada, and an appearance at 1:00 p.m. would require him to miss a day of work.

On September 17, 2019 Defendants Neddenriep and Dunlap filed respective motions for their appearance to be waived. *See* Docket Nos. 1841 and 1844.

This Court granted their request on September 17, 2019. Docket No. 1846.

//
//

Mr. Davisson has remained in contact with his counsel throughout this case. Counsel will contact Mr. Davisson by the end of the day on September 20, 2019 to inform him of the decision of the Court at the hearing.

Mr. Davisson respectfully requests the Court waive his appearance on the Motion which is set for September 20, 2019 at 1:00 p.m.

RESPECTFULLY SUBMITTED this 18th day of September, 2019.

LANCE J. HENDRON, ATTORNEY AT LAW, LLC

By: /s/ L. Hendron
Lance J. Hendron, Esq.
Nevada Bar No. 11151
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 • Facsimile: (702) 387-0034
Email: lance@ghlawnv.com
Attorney for Defendant, *Bert Wayne Davisson*

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2019