NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
DAVID JAFFE
Chief
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
dan.schiess@usdoj.gov
christopher.burton4@usdoj.gov
john.han2@usdoj.gov
tracey.batson2@usdoj.gov

*Attorneys representing the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Bert Wayne Davisson,<br><br>Defendant. | 2:16-cr-00265-GMN-NJK<br><br>**Stipulation for Additional Time to Respond to Davisson Motion to Dismiss Counts 7 and 9 of the Superseding Indictment, ECF No. 1898** |

The United States and defendant Bert Wayne Davisson stipulate that the Government will have until October 30, 2019, to respond to defendant Bert Davisson's Motion to Dismiss Counts 7 and 9 of the Superseding Indictment. ECF No. 1898. The response is currently due October 24, 2019.

This stipulation is entered into for the following reasons:

1

1. Government counsel is currently in trial for Group 1 of United States vs. Palafox et al., and needs additional time to prepare its response.

2. The Defendant is currently not in custody and does not object to this continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purpose of delay.

Respectfully submitted this 23rd day of October, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Daniel R. Schiess*

_____
DANIEL R. SCHIESS
Assistant United States Attorney
JOHN HAN
TRACEY BATSON
Trial Attorneys
Organized Crime and Gang Section

*/s/ Lance J. Hendron*

_____
LANCE J. HENDRON, Esq.
*Counsel for Bert Wayne Davisson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

                Plaintiff,

      vs.

Bert Wayne Davisson,

              Defendant.

2:16-cr-00265-GMN-NJK

**ORDER**

1.     Government counsel is currently in trial for Group 1 of United States vs. Palafox et al., and needs additional time to prepare.

2.     The Defendant is currently not in custody and does not object to this continuance.

3.     The additional time requested by this Stipulation is made in good faith and not for purpose of delay.

IT IS THEREFORE ORDERED that the Government's response to Davisson's Motion to Dismiss Counts 7 and 9 of the Superseding Indictment is due October 30, 2019.

**IT IS SO ORDERED.**

Entered: ___October 23, 2019___

_____
UNITED STATES MAGISTRATE JUDGE