# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:16-cr-00265-GMN-NJK |
| vs. | ORDER |
| BERT WAYNE DAVISSON, | (Docket No. 1948) |
| Defendant. | |

Pending before the Court is Defendant Bert Wayne Davisson's memorandum. Docket No. 1948. The memorandum makes substantive requests regarding the United States' response to Defendant's motion to dismiss. *Id*. Any request for relief, however, must be filed as part of a motion or stipulation.

Nonetheless, the Court considers the portion of the memorandum in which Defendant asks the Court to strike the United States' response to his motion. *Id*. at 2-3. The United States did, in fact, file its response after the Court-extended deadline. See Docket Nos. 1927, 1946. Further, the United States certified its untimely response as timely, which troubles the Court. Docket No. 1946 at 1. Nonetheless, to resolve the motion on its merits, the Court will consider the United States' response. The Court **ADMONISHES** the United States to more carefully track deadlines and to ensure that its certifications to the Court are accurate. Any such failure in the future may result in sanctions.

The Court **ORDERS** that any reply to the United States' response must be filed no later than November 8, 2019. All other requests for relief in Defendant's memorandum are more

appropriately raised through other means; therefore, the Court declines to consider them at this time.

IT IS SO ORDERED.

DATED: November 4, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE