1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar No. 13644
   DAVID L. JAFFE
3  Chief, Organized Crime and Gang Section
   U.S. Department of Justice
4  DANIEL R. SCHIESS
   Nevada Bar No. 5483
5  Assistant United States Attorney
   JOHN HAN
6  Trial Attorney, Organized Crime and Gang Section
   501 Las Vegas Blvd. South, Suite 1100
7  Las Vegas, Nevada 89101
   PHONE: (702) 388-6336
8  FAX: (702) 388-5087
   dan.schiess@usdoj.gov
9  john.han2@usdoj.gov

10 *Attorneys representing the United States*

11

12                 **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**

13  **United States of America,**

14                          Plaintiff,          2:16-cr-00265-GMN-NJK

15                     vs.                       **Stipulation to Extend Time for**
                                                 **Government to File its Response to**
16  **Bert Wayne Davisson,**                     **Davisson's Motion to Dismiss Counts 7**
                                                 **and 9 of the Superseding Indictment, ECF**
17                          Defendant.           **No. 1898, and for Davisson to file his**
                                                 **Reply**

18

19        The United States and defendant Bert Wayne Davisson stipulate the government's

20  response to Davisson's Motion to Dismiss Counts 7 and 9 of the Superseding Indictment, ECF

21  No. 1898, to extending the due date for the government to have filed its response to Davisson's

22  motion from October 30, 2019, to October 31, 2019, and Davisson's reply brief will be due by

23  November 8, 2019.

24

The parties filed a stipulation extending the due date for the government to file its response from October 24, 2019, to October 30, 2019. ECF 1925. Notwithstanding the language of the stipulation, the undersigned government counsel, believed – erroneously – that the government's response was due on October 31, 2019, and filed its response on that date. Originally, the parties had agreed to extending the government's due date by a week, leading undersigned counsel to believe its response was due on October 31, 2019, but on November 1, 2019, government realized it had inadvertently drafted the stipulation to provide for the seven-day extension to run from the day it filed the stipulation – that is, October 23, 2019, and not from the day the response was due, October 24, 2019. Government counsel and Davisson's counsel have consulted on November 1, 2019, and have agreed to stipulate to that the due date for the government to file its response be extended from October 30, 2019, to October 31, 2019.

The parties also stipulate that Davisson will have until November 8, 2019, to file a reply brief.

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ *Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney

JOHN S. HAN
Trial Attorney
Organized Crime and Gang Section
U.S. Department of Justice

*/s/ Lance J. Hendron, Esq.*

LANCE J. HENDRON, Esq.
Counsel for Bert Wayne Davisson

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
DAVID L. JAFFE
Chief, Organized Crime and Gang Section
U.S. Department of Justice
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
JOHN HAN
Trial Attorney, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-5087
dan.schiess@usdoj.gov
john.han2@usdoj.gov

*Attorneys representing the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **United States of America,** | 2:16-cr-00265-GMN-NJK |
| Plaintiff, | |
| vs. | **Order Extending Time for Government to File a Response to Defendant Davisson's Motion to Dismiss Counts 7 and 9 of the Superseding Indictment, ECF No. 1898, and for Defendant Davisson's Reply Brief to be due by November 8, 2019** |
| **Bert Wayne Davisson,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the due date for the government to file is response to Defendant Davisson's Motion to Dismiss Counts 7 and 9 of the Superseding Indictment be extended from October 30, 2019, to October 31, 2019.

IT IS FURTHER ORDERED that Defendant Davisson's Reply will be due by November 8, 2019.

Dated: November 4, 2019

_____
UNITED STATES MAGISTRATE JUDGE